# United States Court of Appeals
### For The District of Columbia Circuit
_____

| | |
|---|---|
| **No. 25-5152** | **September Term, 2024** |
| | 1:25-cv-00943-TNM |
| | Filed On: May 15, 2025 [2115935] |

Coalition for Humane Immigrant Rights, et al.,

      Appellants

      v.

United States Department of Homeland Security, et al.,

      Appellees

## O R D E R

    Upon consideration of appellees' unopposed motion for extension of time to file a response to appellants' motion for stay or injunction pending appeal, it is

    **ORDERED** that the motion for extension of time be granted. Appellees' opposition to the motion for stay or injunction is now due May 22, 2025. Appellants' reply is due June 3, 2025.

                                              **FOR THE COURT:**
                                              Clifton B. Cislak, Clerk

                              BY:    /s/
                                              James A. Kaiser
                                              Deputy Clerk