# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 25-5152**                                         **September Term, 2024**

**1:25-cv-00943-TNM**

**Filed On: June 26, 2025** [2122386]

Coalition for Humane Immigrant Rights, et al.,

        Appellants

    v.

United States Department of Homeland Security, et al.,

        Appellees

------------------------------

Consolidated with 25-5233

## <u>O R D E R</u>

It is **ORDERED**, on the court's own motion, that these cases be consolidated.

                        **FOR THE COURT:**
                        Clifton B. Cislak, Clerk

         BY:    /s/
                Elbert B.J. Lestrade
                Deputy Clerk