# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 25-5152**　　　　　　　　　　　　　　　**September Term, 2024**

　　　　　　　　　　　　　　　　　　　　　　　1:25-cv-00943-TNM

　　　　　　　　　　　　　　　　　　　　**Filed On: June 26, 2025** [2122431]

Coalition for Humane Immigrant Rights, et al.,

　　　　Appellants

　　　　v.

United States Department of Homeland Security, et al.,

　　　　Appellees

------------------------------

Consolidated with 25-5233

## **O R D E R**

　　Upon consideration of the motion to hold in abeyance, it is

　　**ORDERED** that these consolidated cases be held in abeyance pending further order of the court. Appellants are directed to file a motion to govern further proceedings within 21 days of the district court's disposition of their renewed motion for stay or preliminary injunction.

　　　　　　　　　　　　　　　　　　　　**FOR THE COURT:**
　　　　　　　　　　　　　　　　　　　　Clifton B. Cislak, Clerk

　　　　　　　　　　　　　　　　BY:　　/s/
　　　　　　　　　　　　　　　　　　　　Louis Karl Fisher
　　　　　　　　　　　　　　　　　　　　Deputy Clerk