# United States Court of Appeals
### For The District of Columbia Circuit

_____

**No. 25-5152**                                                         **September Term, 2024**

                                                                                         1:25-cv-00943-TNM

                                                                                       **Filed On:** July 11, 2025

Coalition for Humane Immigrant Rights, et al.,

       Appellants

   v.

United States Department of Homeland
Security, et al.,

       Appellees

------------------------------

Consolidated with 25-5233

------------------------------

**No. 25-5247**

                                                                                       1:25-cv-00943-TNM

Coalition for Humane Immigrant Rights, et al.,

       Appellants

   v.

United States Department of Homeland
Security, et al.,

       Appellees

     **BEFORE:**    Millett, Pillard, and Katsas, Circuit Judges

## O R D E R

    Upon consideration of the supplemental motion for stay or injunction pending appeal and the motion to lift abeyance and for expedited consideration, it is

# United States Court of Appeals
### For The District of Columbia Circuit

_____

**No. 25-5152**                                          September Term, 2024

**ORDERED** that case Nos. 25-5152 and 25-5233 be returned to the court's active docket. It is

**FURTHER ORDERED**, on the court's own motion, that case No. 25-5247 be consolidated with Nos. 25-5152 and 25-5233. It is

**FURTHER ORDERED** that appellees respond to the supplemental motion for stay or injunction pending appeal and the motion for expedited consideration by 12:00 noon on Monday, July 21, 2025. Any reply is due by 12:00 noon on Monday, July 28, 2025.

**Per Curiam**

FOR THE COURT:
Clifton B. Cislak, Clerk

BY:    /s/
Selena R. Gancasz
Deputy Clerk