# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

| | |
|---|---|
| **No. 25-5152** | **September Term, 2024** |
| | 1:25-cv-00943-TNM |
| | **Filed On:** July 22, 2025 |

Coalition for Humane Immigrant Rights, et al.,

     Appellants

  v.

United States Department of Homeland Security, et al.,

     Appellees

------------------------------

Consolidated with 25-5233, 25-5247

    **BEFORE:**   Henderson, Wilkins, and Garcia, Circuit Judges

## O R D E R

Upon consideration of the supplemental motion for stay or injunction pending appeal; the motion for expedited consideration; and the opposition to those motions, which is combined with a motion to dismiss, it is

**ORDERED** that appellants file a combined reply and opposition to the motion to dismiss by 12:00 noon on Monday, July 28, 2025. Any reply in support of the motion to dismiss is due by 12:00 noon on Thursday, July 31, 2025.

### Per Curiam

                                           **FOR THE COURT:**
                                           Clifton B. Cislak, Clerk

                          BY:    /s/
                                           Selena R. Gancasz
                                           Deputy Clerk