No. 25-5152 September Term, 2024

1:25-cv-00943-TNM

Filed On: August 12, 2025

Coalition for Humane Immigrant Rights, et al.,

     Appellants

    v.

United States Department of Homeland
Security, et al.,

     Appellees

------------------------------

Consolidated with 25-5233, 25-5247

**BEFORE:** Henderson, Wilkins, and Garcia, Circuit Judges

# O R D E R

Upon consideration of the motion for stay or injunction pending appeal, the opposition thereto, and the reply; the supplemental motion for stay or injunction pending appeal, the motion for expedited consideration, the combined opposition thereto, and the reply; the motion to dismiss case Nos. 25-5233 and 25-5247, the opposition thereto, and the reply; and the motion for leave to participate as amicus curiae and the lodged amicus brief, it is

**ORDERED** that the motion to participate as amicus curiae be granted. The Clerk is directed to file the lodged amicus brief. It is

**FURTHER ORDERED** that the motion to dismiss be referred to the merits panel to which these consolidated appeals are assigned. The parties are directed to address in their briefs the issues presented in the motion to dismiss rather than incorporate those arguments by reference. It is

**FURTHER ORDERED** that the motions for stay or injunction pending appeal be denied. Appellants have not satisfied the stringent requirements for an injunction pending appeal. See Winter v. Natural Res. Def. Council, Inc., 555 U.S. 7, 20 (2008); D.C. Circuit Handbook of Practice and Internal Procedures 33 (2024). And appellants do not assert that a different standard applies to their request for a stay pursuant to 5 U.S.C. § 705. It is

**FURTHER ORDERED** that these consolidated cases be expedited. See 28 U.S.C. § 1657(a). The following briefing schedule will apply in these cases:

| | |
|---|---|
| Appellants' Brief | September 16, 2025 |
| Appendix | September 16, 2025 |
| Appellees' Brief | October 16, 2025 |
| Reply Brief | November 6, 2025 |

The Clerk is directed to calendar these cases for argument on the first appropriate date following the conclusion of briefing. The parties will be informed later of the date of oral argument and the composition of the merits panel.

Appellants should raise all issues and arguments in the opening brief. The court ordinarily will not consider issues and arguments raised for the first time in the reply brief.

To enhance the clarity of their briefs, the parties are urged to limit the use of abbreviations, including acronyms. While acronyms may be used for entities and statutes with widely recognized initials, briefs should not contain acronyms that are not widely known. See D.C. Circuit Handbook of Practice and Internal Procedures 43-44 (2024); Notice Regarding Use of Acronyms (D.C. Cir. Jan. 26, 2010).

Parties are strongly encouraged to hand deliver the paper copies of their briefs to the Clerk's office on the date due. Filing by mail may delay the processing of the brief. Additionally, counsel are reminded that if filing by mail, they must use a class of mail that is at least as expeditious as first-class mail. See Fed. R. App. P. 25(a). All briefs and appendices must contain the date that the case is scheduled for oral argument at the top of the cover. See D.C. Cir. Rule 28(a)(8).

**Per Curiam**

FOR THE COURT:
Clifton B. Cislak, Clerk

BY: /s/
Selena R. Gancasz
Deputy Clerk