# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

| | |
|---|---|
| **No. 25-5152** | **September Term, 2025** |
| | 1:25-cv-00943-TNM |
| | **Filed On: December 4, 2025** [2148725] |

Coalition for Humane Immigrant Rights, et al.,

    Appellants

  v.

United States Department of Homeland Security, et al.,

    Appellees

-----------------------------

Consolidated with 25-5233, 25-5247

## O R D E R

It is **ORDERED**, on the court's own motion, that the following times are allotted for the oral argument of these cases scheduled for December 18, 2025, at 9:30 A.M.:

| | | |
|---|---|---|
| Appellants | - | 15 Minutes |
| Appellees | - | 15 Minutes |

One counsel per side to argue. The panel considering these cases will consist of Circuit Judges Millett, Katsas, and Childs.

Form 72, which may be accessed through the link on this order, must be completed and returned to the Clerk's Office by December 8, 2025.

### Per Curiam

                                **FOR THE COURT:**
                                Clifton B. Cislak, Clerk

                BY:    /s/
                           Michael C. McGrail
                           Deputy Clerk

The following forms and notices are available on the Court's website:

Notification to the Court from Attorney Intending to Present Argument (Form 72)