# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

---

**No. 25-5152**  **September Term, 2025**

**1:25-cv-00943-TNM**

**Filed On:** December 22, 2025

Coalition for Humane Immigrant Rights, et al.,

    Appellants

    v.

United States Department of Homeland Security, et al.,

    Appellees

------------------------------

Consolidated with 25-5233, 25-5247

    **BEFORE:** Millett, Katsas, and Childs, Circuit Judges

## O R D E R

At the oral argument in this case on December 18, 2025, the court raised questions about whether the Interim Final Rule under review in this case, Alien Registration Form and Evidence of Registration, 90 Fed. Reg. 11,793 (Mar. 12, 2025), has been promulgated as a final rule or is in the process of becoming a final rule. It is hereby

**ORDERED**, on the court's own motion, that appellees advise the court by letter of (1) the current status of the Interim Final Rule, (2) whether the Interim Final Rule is expected to be issued as a final rule and, if so, (3) on what timeframe. The letter is due by 5:00 p.m. on January 9, 2026.

**Per Curiam**

        **FOR THE COURT:**
        Clifton B. Cislak, Clerk

    BY:    /s/
        Michael C. McGrail
        Deputy Clerk