

U.S. Department of Justice

Jeanine Ferris Pirro
United States Attorney

*District of Columbia*

---

*Patrick Henry Building*
*601 D Street, NW*
*Washington, DC 20530*

January 9, 2026

**BY CM/ECF SUBMISSION**
Clifton B. Cislak, Clerk of Court
United States Court of Appeals for the District of Columbia Circuit
E. Barrett Prettyman United States Courthouse
333 Constitution Ave., N.W.
Washington, D.C. 20001

    **RE:**  *Coalition for Humane Immigrant Rights, et al. v. U.S. Dep't of Homeland Security, et al.*, No. 25-5152 (D.C. Cir.)
           Response to Court Order (Dec. 22, 2025) (Doc. No. 2151584)

Dear Mr. Cislak:

    Pursuant to the Court's Order of December 22, 2025, Appellees hereby advise the Court of the status and timing of the Interim Final Rule ("IFR") under review in this case, Alien Registration Form and Evidence of Registration, 90 Fed. Reg. 11,793 (Mar. 12, 2025):

    The IFR remains active and in force. The Department of Homeland Security expects to issue a final rule addressing the comments on the IFR; the publication date for the final rule in the next unified agenda is currently expected to be May 2026.

    In addition, Appellees provide further information requested by the Court during oral argument on December 18, 2025:

    There is currently no plan to provide the form in question (Form G-325R) in any other formats, either in other languages or offline. At this point, USCIS forms— whether submitted in paper or online—are in English only, with the exception of

Form I-9, Employment Eligibility Verification (for use by Employers in Puerto Rico only). USCIS does not allow benefit requestors to submit a form in a language other than English, and USCIS does not provide official translations of forms/instructions in other languages. Certain services on the USCIS websites are provided in other languages, including Spanish. *See, e.g.*, USCIS' Multilingual Resource Center (https://www.uscis.gov/tools/multilingual-resource-center, last visited Jan. 9, 2026). The information available therein, including the translation of forms, is for informational purposes only. Currently, four forms/processes are online-only, including the Form G-325R: Form G-325R; Form I-129H2A, Petition for a Nonimmigrant Worker, H-2A Classification; Form I-140G, Immigrant Petition for the Gold Card Program; and the H-1B Electronic Registration Process. In the past, another form—Form I-131F, Application for Parole in Place for Certain Noncitizen Spouses and Stepchildren of U.S. Citizens—was online only, though it is no longer in effect.

    Sincerely,

    KARTIK N. VENGUSWAMY
    Assistant United States Attorney

    */s/ Kartik N. Venguswamy*
    Phone: (202) 252-1790
    Email: kartik.venguswamy@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 9th day of January 2026, I caused this Letter to be served by the CM/ECF System to all counsel of record.

                                       /s/ *Kartik N. Venguswamy*
                                       KARTIK N. VENGUSWAMY
                                       Assistant United States Attorney