

July 2, 2026

**By CM/ECF**

Clifton Cislak, Clerk of Court
U.S. Court of Appeals for the D.C. Circuit
E. Barrett Prettyman United States Courthouse
333 Constitution Ave NW
Washington, DC 20001

Re:  *Coalition for Humane Immigrant Rights, et al. v. U.S. Dep't of Homeland Security, et al.*, No. 25-5152 (D.C. Cir.)
Notification of Final Noncitizen Registration Rule

Dear Mr. Cislak:

Pursuant to Federal Rule of Appellate Procedure (FRAP) 28(j), we write to inform the Court that on June 29, 2026, U.S. Citizenship and Immigration Services published a final rule with request for comments on noncitizen registration. *Alien Registration Form and Evidence of Registration*, 91 Fed. Reg. 39248 (June 29, 2026). The final rule states that it responds to the public comments made in response to the interim final rule regarding noncitizen registration, 90 Fed. Reg. 11793 (Mar. 12, 2025), which is the subject of Plaintiffs-Appellants' motion for preliminary injunction at issue in this appeal.

Respectfully submitted,

*/s/ Emma Winger*

Lynn Damiano Pearson (Circuit Bar No. 66236)
Cassandra Charles (Circuit Bar No. 66162)

Emma Winger (Circuit Bar No. 66184)
Michelle Lapointe (Circuit Bar No. 54940)

cc: All counsel (via CM/ECF)

Joanna Cuevas Ingram (Circuit Bar No. 66164)
National Immigration Law Center
P.O. Box 34573
Washington, D.C.  20043
Tel: (213) 639-3900
Fax: (213) 639-3911
damianopearson@nilc.org
charles@nilc.org
cuevasingram@nilc.org

Jennifer R. Coberly (Circuit Bar No. 63914)
American Immigration Lawyers Association
1331 G. St. NW
Washington, DC 20005
Tel: (202) 507-7692
Jcoberly@AILA.org

Leslie K. Dellon (Circuit Bar No. 27795)
Chris Opila (Circuit Bar No. 66175)
American Immigration Council
PMB2026
2001 L Street, NW, Suite 500
Washington, DC 20036
Tel: (202) 507-7645
ewinger@immcouncil.org
mlapointe@immcouncil.org
ldellon@immcouncil.org
copila@immcouncil.org

Cody Wofsy (Circuit Bar No. 61550)
American Civil Liberties Union Foundation,
Immigrants' Rights Project
425 California St, 7th Floor
San Francisco, CA 94104
Tel: (415) 343-0770
cwofsy@aclu.org

Anthony Enriquez (Circuit Bar No. 66138)
Sarah T. Gillman (Circuit Bar No. 61974)
Robert F. Kennedy Human Rights
88 Pine Street, Suite 801
New York, NY 10005
(917) 284-6355
enriquez@rfkhumanrights.org
gillman@rfkhumanrights.org

Sarah E. Decker (Circuit Bar No. 66245)
Robert F. Kennedy Human Rights
1300 19th Street NW, Suite 750
Washington, DC 20036
(202) 559-4432
decker@rfkhumanights.org

## CERTIFICATE OF COMPLIANCE

Plaintiffs-Appellants certify that the forgoing complies with the type-volume limit Federal Rule of Appellate Procedure 28(j) because it contains 94 words.

Dated: July 2, 2026                         /s/ Emma Winger
                                            Emma Winger
                                            American Immigration Council

                                            Attorney for Plaintiffs-Appellants


## CERTIFICATE OF SERVICE

Plaintiffs-Appellants certify that the foregoing was filed with the Clerk using the appellate CM/ECF system on July 2, 2026. All counsel of record are registered CM/ECF users, and service will be accomplished by the CM/ECF system.


Dated: July 2, 2026                         /s/ Emma Winger
                                            Emma Winger
                                            American Immigration Council

                                            Attorney for Plaintiffs-Appellants


I