

U.S. Department of Justice

Jeanine Ferris Pirro
United States Attorney

*District of Columbia*

---

*Patrick Henry Building*
*601 D Street, NW*
*Washington, DC 20530*

July 6, 2026

**BY CM/ECF SUBMISSION**
Clifton B. Cislak, Clerk of Court
United States Court of Appeals for the District of Columbia Circuit
E. Barrett Prettyman United States Courthouse
333 Constitution Ave., N.W.
Washington, D.C. 20001

> **RE:** *Coalition for Humane Immigrant Rights, et al. v. U.S. Dep't of Homeland Security, et al.*, No. 25-5152 (D.C. Cir.)
> Supplemental Response to Court Order (Dec. 22, 2025) (Doc. No. 2151584)

Dear Mr. Cislak:

Pursuant to the Court's Order of December 22, 2025, and as an update to Appellees' letter to the Court of January 9, 2026 (Doc. No. 2153637), Appellees hereby advise the Court of the status and timing of the Interim Final Rule under review in this case, Alien Registration Form and Evidence of Registration, 90 Fed. Reg. 11,793 (Mar. 12, 2025):

The Department of Homeland Security issued a final rule on June 29, 2026, with additional procedural and technical modifications to the Interim Final Rule and with a same day effective date.  *See*: Alien Registration Form and Evidence of Registration, 91 Fed. Reg. 39248 (June 29, 2026), *available online at*: https://www.govinfo.gov/content/pkg/FR-2026-06-29/pdf/2026-13057.pdf (last visited on July 3, 2026).

This final rule responds to public comments, amends DHS regulations to adjust the lists of forms and processes that may serve as registration forms and

evidence of alien registration, and seeks comments on other potential changes to the regulations relating to alien registration and fingerprinting.

Sincerely,

CATHERINE J. MALYCKE
Assistant United States Attorney

*/s/ Catherine J. Malycke*
Phone: (202) 809-3495
Email: catherine.malycke @usdoj.gov

## CERTIFICATE OF COMPLIANCE

Defendants-Appellees certify that the foregoing complies with Fed. R. App. P. Rule 28(j) because it contains 148 words.

Date:  July 6, 2026

*/s/ Catherine J. Malycke*
Phone: (202) 809-3495
Email: catherine.malycke @usdoj.gov

*Attorney for Defendants-Appellees*

## CERTIFICATE OF SERVICE

Defendants-Appellees certify that the foregoing was filed with the Clerk using the appellate CM/ECF system on July 6, 2026.  All counsel of record are registered CM/ECF users, and service will be accomplished by the CM/ECF system.

Date:  July 6, 2026

*/s/ Catherine J. Malycke*
Phone: (202) 809-3495
Email: catherine.malycke @usdoj.gov

*Attorney for Defendants-Appellees*