**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

|  |  |  |
|---|---|---|
| COALITION FOR HUMANE IMMIGRANT RIGHTS, *et al.,* | ) ) ) ) | |
| *Plaintiffs - Appellants*, | ) ) | |
| v. | ) ) | **No. 25-5152** |
| U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.,* | ) ) ) ) | |
| *Defendants - Appellees*. | ) | |

**STIPULATION OF VOLUNTARY DISMISSAL**
_____

IT IS HEREBY STIPULATED AND AGREED by and between the parties that the above-captioned appeal is voluntarily dismissed pursuant to Federal Rule of Appellate Procedure 42(b). The Interim Final Rule (IFR) at issue in this appeal (Interim Final Rule, Alien Registration Form and Evidence of Registration, 90 Fed. Reg. 11793 (Mar. 12, 2025)), has been superseded by a Final Rule (Alien Registration Form and Evidence of Registration, 91 Fed. Reg. 39248 (June 29, 2026)).

Each party shall bear its own costs.


 Dated: July 27, 2026                    Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

*/s/ Catherine J. Malycke*
CATHERINE J. MALYCKE
VA Bar No. 84952
Assistant United States Attorney
Civil Division
601 D Street, NW
Washington, D.C. 20530
Tel: (202) 809-3495
catherine.malycke@usdoj.gov

*Counsel for United States of America*

*/s/ Michelle Lapointe*
Michelle Lapointe (Circuit Bar No. 54940)
American Immigration Council
PMB2026
2001 L Street, NW, Suite 500
Washington, DC 20036
Tel: (202) 507-7645
mlapointe@immcouncil.org

*Counsel for Plaintiffs/Appellants*

**CERTIFICATE OF SERVICE**

Plaintiffs-Appellants certify that the foregoing was filed with the Clerk using the appellate CM/ECF system on July 27, 2026. All counsel of record are registered CM/ECF users, and service will be accomplished by the CM/ECF system.


Dated: July 27, 2026                    /s/ *Michelle Lapointe*
                                        Michelle Lapointe
                                        Counsel for Plaintiffs/Appellants