# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 25-5152**

**September Term, 2025**

FILED ON: JULY 27, 2026

COALITION FOR HUMANE IMMIGRANT RIGHTS, ET AL.,
APPELLANTS

v.

UNITED STATES DEPARTMENT OF HOMELAND SECURITY, ET AL.,
APPELLEES

Consolidated with 25-5233, 25-5247

Appeals from the United States District Court
for the District of Columbia
(No. 1:25-cv-00943)

Before: MILLETT, KATSAS, and CHILDS, *Circuit Judges*.

## **O R D E R**

It is **ORDERED**, on the Court's own motion, that within 10 days of the date of this order, the parties show cause why the appeals should not be dismissed as moot in light of the issuance of a new final rule on June 29, 2026. *See* Alien Registration Form and Evidence of Registration, 91 Fed. Reg. 39248 (June 29, 2026). The responses should address how the newly promulgated rule impacts the plaintiffs' notice-and-comment challenge to the March 2025 interim final rule, *see Ass'n of Am. Physicians & Surgeons v. Sebelius*, 746 F.3d 468, 472 (D.C. Cir. 2014); *NRDC v. U.S. Nuclear Regul. Comm'n*, 680 F.2d 810, 813–14 (D.C. Cir. 1982), and their arbitrary-and-capricious challenge to the interim final rule, *see Am. Mar. Ass'n v. United States*, 766 F.2d 545, 554 n.14 (D.C. Cir. 1985); *Clean Fuels All. Am. v. EPA*, 169 F.4th 307, 311–13 (D.C. Cir. 2026). Each response may not exceed 5,200 words.

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY: /s/
Daniel J. Reidy
Deputy Clerk