# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

_____

**No. 25-5152**

**September Term, 2025**

**1:25-cv-00943-TNM**

**Filed On:** August 6, 2026

Coalition for Humane Immigrant Rights, et al.,

      Appellants

      v.

United States Department of Homeland
Security, et al.,

      Appellees

------------------------------

Consolidated with 25-5233, 25-5247

      **BEFORE:**    Millett, Katsas, and Childs, Circuit Judges

## O R D E R

Upon consideration of the court's order to show cause filed July 27, 2026, why the appeals should not be dismissed as moot in light of the issuance of a new final rule, and the corrected stipulation of voluntary dismissal, it is

**ORDERED** that the order to show cause be discharged. It is

**FURTHER ORDERED** that the Clerk note on the docket that this case is dismissed. No mandate will issue.

### Per Curiam

              **FOR THE COURT:**
              Clifton B. Cislak, Clerk

        BY:    /s/
                 Daniel J. Reidy
                 Deputy Clerk